UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRADLEY CHANCE CADENHEAD,<br>  Petitioner | § § § § | |
| v. | § | NO. 4:25-cv-184 |
| ERIC GUERRERO,<br>  Respondent | § § § § | |

**ORDER**

CAME ON to be heard Petitioner Bradley Chance Cadenhead's Motion for Leave to Proceed Without Local Counsel in the above-styled and numbered cause. After due consideration, it is the opinion of the Court that said motion should be:

__X__ GRANTED

_____ DENIED

SIGNED AND ENTERED this __28__ day of __February__, 2025.

_____
UNITED STATES DISTRICT JUDGE